1   Erika Bailey Drake (SBN 248034)
2   edrake@drakeanddrake.com
    Roger D. Drake (SBN 237834)
3   rdrake@drakeanddrake.com
4   23679 Calabasas Road, Suite 403
    Calabasas, California  91302
5   Telephone:  818.438.1332; Facsimile:  818.854.6899
6   Attorneys for Plaintiff

7               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA

8   DIANE GARCIA MELENDEZ          )
9                                  )  CASE NO.: 5:12-cv-00452- AGR
          Plaintiff,               )
10  v.                             )
11                                 )  ORDER AWARDING
    CAROLYN W. COLVIN,             )  EAJA FEES
12  Acting Commissioner of         )
13  Social Security,               )
14                                 )
          Defendant.[1]            )
15  _____)

16

17        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

18        IT IS ORDERED that EAJA fees are awarded in the amount of THREE

19  THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($3,600.00) subject to the

20  terms of the stipulation.

21

22

23  DATED:  April 22, 2013     _____

24                             HONORABLE ALICIA G. ROSENBERG
                               UNITED STATES MAGISTRATE JUDGE

25

26

27  _____
[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule
28  25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the
    defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section
    205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                      -1-